# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re, <br><br> Aaron Lamont Chambers, Sr., <br><br><br> Debtor(s). | C/A No. 17-06187-HB <br><br> Adv. Pro. No. 18-80089-HB |
| Aaron Lamont Chambers, <br><br><br> Plaintiff(s), <br><br> v. <br><br> Auto Brokers, <br><br><br> Defendant(s). | Chapter 13 <br><br> **JUDGMENT** |

Pursuant to the Order entered herewith, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Aaron Lamont Chambers, Sr., is hereby granted a judgment against Defendant Americar, Inc d/b/a Auto Brokers in the amount of $1,000.00 actual damages and $10,000 in punitive damages pursuant to 11 U.S.C. § 362(k).

**AND IT IS SO ORDERED.**
**FILED BY THE COURT**
**09/10/2019**



US Bankruptcy Judge
District of South Carolina

Entered: 09/10/2019